April 01, 2011

Mr. C. M. Henkel III
Fritz, Byrne Head & Harrison, PLLC
500 N. Shoreline, Suite 901
Corpus Christi, TX 78401

Mr. Robert Anderson
Anderson Lehrman Barre & Maraist LLP
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, TX 78404
Mr. G. Don Schauer
Schauer & Simank, P.C.
615 Upper North Broadway, Suite 2000
Corpus Christi, TX 78477

RE: Case Number: 10-0243
 Court of Appeals Number: 13-09-00426-CV
 Trial Court Number: 08-61515-4

Style: VERONICA ELLIS AND PACESETTER BUILDERS, INC. D/B/A COLDWELL
 BANKER PACESETTER STEEL REALTORS
 v.
 DR. RON AND TANA SCHLIMMER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Patsy Perez |